730

No. 396.   Vinson, Director of Economic Stabilization, et al. v. Washington Gas Light Co. et al.   November 8, 1943.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.   *Solicitor General Fahy* for petitioners. *Messrs. E. Barrett Prettyman, Stoddard M. Stevens, Jr., F. G. Awalt,* and *Raymond Sparks* for the Washington Gas Light Co.; and *Messrs. Richmond B. Keech, Vernon E. West,* and *Lloyd B. Harrison* for the Public Utilities Commission,—respondents.

No. 374.   Yakus v. United States; and

No. 375.   Rottenberg et al. v. United States.   November 8, 1943.   Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Leonard Poretsky, Harold Widetzky,* and *Joseph Kruger* for petitioner in No. 374; and *Messrs. Leonard Poretsky, John H. Backus,* and *William H. Lewis* for petitioners in No. 375.   *Solicitor General Fahy* for the United States.   Reported below: 137 F. 2d 850.

No. 406.   Cramer v. United States.   November 8, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Mr. Harold R. Medina* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *Edward G. Jennings* for the United States.

No. 392.   Universal Oil Products Co. v. Globe Oil & Refining Co.   November 15, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   *Messrs. Alexander F. Reichmann*